UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

| | |
|---|---|
| RYAN O'DELL, | : |
| | : |
|     Plaintiff, | :    C.A. No. 1:23-cv-04447-DLC |
| | : |
| v. | : |
| | : |
| IVERIC BIO, INC., ADRIENNE L. GRAVES, PH.D., MARK S. BLUMENKRANZ, M.D., AXEL BOLTE, PRAVIN U. DUGEL, M.D., JANE PRITCHETT HENDERSON, CHRISTINE ANN MILLER, CALVIN ROBERTS, M.D., GLENN P. SBLENDORIO, | : |
| | : |
|     Defendants. | : |

--------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: New York, New York
       July 12, 2023

                                       **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

                  By:    /s/ Benjamin Y. Kaufman
                           Benjamin Y. Kaufman
                           270 Madison Avenue
                           New York, New York 10016
                           kaufman@whafh.com
                           Tel: (212) 545-4600

814614

                                       *Attorneys for Plaintiff Ryan O'Dell*